## Fox et al., Appellants, *v.* Williamsport Area School District.

Argued October 4, 1968. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

 reargument refused December 20, 1968.

*Clayton M. Fox,* appellant, in propria persona.

*Henry G. Hager, 3rd,* with him *Nathan W. Stuart, Arthur R. G. Solmssen,* and *Stuart, Murphy, Hager & Smith,* and *Saul, Ewing, Remick & Saul,* for appellees.

OPINION PER CURIAM, November 12, 1968:
Decree affirmed. Costs on appellants.
Mr. Justice MUSMANNO did not participate in the decision of this case.